UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.

ASHLEY J. TELLIS,
    *Defendant.*

Case Number 1:25-cr-308

ORDER

Upon consideration of Defendant's Motion for Extension of Time to Oppose, ECF 40, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED-IN-PART. Defendant has until December 5, 2025, at 5:00 p.m. to respond to the government's Motion to Reopen Detention (ECF 33).

**IT IS SO ORDERED.**

/s/
Michael S. Nachmanoff
United States District Judge

December 2, 2025
Alexandria, Virginia