IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA,

v.  Case No. 1:25-cr-308

ASHLEY J. TELLIS

*Defendant.*

## MEMORANDUM OF UNDERSTANDING REGARDING RECEIPT OF CLASSIFIED INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders, including but not limited to, Title 18, United States Code, sections 793, 794, 798, and 1924; the Intelligence Identities Protection Act, Title 50, United States Code, Section 3121; Title 18, United States Code, Section 641; Title 50, United States Code, Section 783; and Executive Order 13526, I understand that I may receive information or documents concerning the present and future security of the United States and which belong to the United States, and that such documents and information together with the methods and sources of collecting it are classified by the U.S. Government. In consideration of the disclosure of classified information and documents:

1. I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the U.S. Government; or as expressly authorized by the Court pursuant to the Classified Information Procedures Act and the Protective Order entered in the criminal case, *United States v. Ashley J. Tellis,* 1:25-CR-308.

1

2. I agree that this Memorandum will remain forever binding on me.

3. I have received, read, and understand the Protective Order entered by the United States District Court for the Eastern District of Virginia, in the criminal case, *United States v. Ashley J. Tellis*, 1:25-CR-308, relating to classified information, and I agree to comply with the provisions thereof.

4. I understand that any prior contractual obligations that may bind me to continue to protect classified information remain in full force and effect, and are not superseded by this Memorandum of Understanding. Additionally, I understand that this Memorandum of Understanding does not absolve me of any criminal or civil penalties that may otherwise be imposed upon me as a result of my unauthorized disclosure of classified information.

_____
John Nassikas III
Counsel for Defendant

12/2/25
Date

_____
Bonnie Devany
Counsel for Defendant

12/01/25
Date

_____
Ashley J. Tellis
Defendant

12/2/25
Date

_____
Henry Morris
Counsel for Defendant

12/4/25
Date

2

Dated: December 4, 2025.                    Respectfully submitted,


                                            /s/ Henry Morris
                                            John Nassikas (VA Bar No. 24077)
                                            Baruch Weiss (admitted *pro hac vice*)
                                            Henry Morris (VA Bar No. 93686)
                                            Arnold & Porter LLP
                                            601 Massachusetts Ave. NW
                                            Washington, DC 20001
                                            Telephone: (202) 942-6820
                                            Telephone: (202) 942-5081
                                            john.nassikas@arnoldporter.com
                                            baruch.weiss@arnoldporter.com
                                            henry.morris@arnoldporter.com

                                            *Attorneys for Ashley J. Tellis.*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day filed the foregoing document electronically with the United States District Court for the Eastern District of Virginia with electronic service to all counsel and parties of record.

Dated: December 4, 2025.

/s/ Henry Morris
Henry Morris